DAVID N. BARRY, ESQ. (SBN 219230)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, JOSIE LOPEZ

**FILED**
CLERK, U.S. DISTRICT COURT

8/25/22

CENTRAL DISTRICT OF CALIFORNIA
BY: _____s_____ DEPUTY
r

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSIE LOPEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; ~~and DOES 1 through 20, inclusive~~,<br><br>Defendants. | Case No. 2:21-cv-04114-JFW-AGR<sub>x</sub><br><br>[Removed from Superior Court of California for the County of Los Angeles, Case No. 21STCV13695]<br><br>[~~PROPOSED~~] JUDGMENT GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS BASED ON SPECIAL MASTER'S AUGUST 4, 2022 REPORT/RECOMMENDATION<br><br>Action Filed: April 9, 2021<br><br>*Assigned for all purposes to the Hon. John F. Walter in Courtroom 7A* |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Special Master's August 4, 2022 Report/Recommendation and after consideration of all the evidence presented, including moving papers, opposition papers, and a decision having been duly rendered, **IT IS HEREBY ORDERED:**

The Court awards Plaintiff the following fees and costs as follows:

Fees:                                              $48,725.00

Lodestar Premium Multiplier: _____%      $   0

Special Master Refund:                     $ 3,140.00

Costs:                                         $ 4,506.58


**Total Fees and Costs: $** 56,371.58


DATED: August 25, 2022

_____
THE HONORABLE JOHN F. WALTER

**[PROPOSED] JUDGMENT GRANTING PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS BASED ON SPECIAL MASTER'S
REPORT/RECOMMENDATION**